AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

|  |  |  |
|---|---|---|
| SOCIETY OF ACTUARIES<br>(an Illinois non-profit corporation)<br>*Plaintiff(s)*<br><br>v.<br><br>GERALD REISS<br>(a Florida resident)<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  16-cv-14526-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

GERALD REISS
3983 SW Kakopo Street
Port St. Lucie, FL  34953

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ROBERT ALFERT, JR., P.A.
BROAD AND CASSEL
390 N. Orange Avenue, Suite 1400
Orlando, FL  32801
ralfert@broadandcassel.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date:    Nov 30, 2016

Steven M. Larimore
Clerk of Court

*s/ Maria Cruz*

Deputy Clerk
U.S. District Courts